IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02456-WYD-MEH

LHF PRODUCTIONS, INC., a Nevada Corporation,

    Plaintiff,

v.

JOHN DOES 3–4, 6–7, 9–10,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 21, 2016.**

    For good cause shown, Plaintiff's Motion for Extension of Time to Serve Defendants [filed December 21, 2016; ECF No. 20] is **granted**. Defendant shall serve the remaining Defendants on or before January 24, 2017.